PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 17 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**NAME:** ADRIAN ENOVEY DELACRUZ

**NUMBER OF COUNTS:** 1

18 U.S.C. § 2252A(a)(2) – Receipt of Child Pornography

<u>Penalty</u>: CAG not less than 5 years nor more than 20 years imprisonment, and/or $250,000 fine, a term of supervised release for not less than 5 years and no more than life (18 U.S.C. § 3583(k)), a $100 special penalty assessment, restitution, and sex offender registration.

<u>ADDITIONAL $5,000 special penalty assessment:</u> Upon conviction of any of the aforementioned counts, unless the Sentencing Court finds the defendant to be indigent, an additional mandatory special assessment of $5,000 must also be imposed. *See* 18 U.S.C. 3014(a).

Notice of Forfeiture

Case No. **2:18-CR-11-EFS-1**

USA Initials: LJH