Joseph H. Harrington
United States Attorney
Eastern District of Washington
Laurel J. Holland
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO: 2:18-CR-11-EFS-1 |
|---|---|
| Plaintiff, | MOTION FOR DETENTION |
| vs. | |
| ADRIAN ENOVEY DELACRUZ | |
| Defendant. | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves (check one or more):

    ☒ Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117),

    ☐ Maximum penalty of life imprisonment or death,

    ☐ Drug offense with maximum penalty of 10 years or more,

    ☐ Felony, with two prior convictions in above categories,

    ☒ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous

1

weapon, or involves a failure to register under 18 U.S.C. section 2250,

☑ Serious risk Defendant will flee, or

☑ Serious risk obstruction of justice.

2. <u>Reason For Detention</u>. The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☑ Defendant's appearance as required, or

☑ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against Defendant under Section 3142(e). The presumption applies because there is probable cause to believe Defendant committed: If no, check nothing, if yes check all that apply

☐ Drug offense with maximum penalty of 10 years or more, 18 U.S.C. § 924(c) firearms offense, or

☑ Kidnaping, sexual crimes, or child pornography offenses, or Crime of violence (as defined in 18 U.S.C. § 3156(a)(4).

4. <u>Time For Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

☐ At the first appearance, or

☑ After a continuance of three days.

5. <u>Other Matters</u>.

Dated this 19th day of January, 2018   s/Laurel J. Holland
    Laurel J. Holland
     Assistant United States Attorney

2