FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN ENOVEY DELACRUZ,<br><br>Defendant. | No. 2:18-CR-00011-EFS-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE<br><br>**ECF Nos. 79, 80** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 80) and Motion to Modify (ECF No. 79). For the reasons set forth in the motions;

IT IS HEREBY ORDERED:

1. The Motion to Expedite (**ECF No. 79**) is **GRANTED**.

2. The Motion to Modify Conditions of Release (**ECF No. 80**) is **GRANTED**.

ORDER - 1

3. Defendant's previously-imposed conditions of release (**ECF No. 11**) shall be **MODIFIED** as follows:

   a. Special Condition of Release No. 3 shall be STRICKEN and replaced with the following: Defendant shall be restricted to his approved residence every day from 10:00 PM to 6:00 AM. The Probation Office may make temporary modifications to accommodate employment and other obligations as deemed appropriate.

   b. Defendant shall be permitted to travel to Seaside, Oregon from April 4, 2019 through April 7, 2019. Defendant shall also be permitted to travel to LaGrande, Oregon on June 15, 2019. Defendant shall be chaperoned by an adult, pre-approved by Probation/Pretrial Services who is aware of the nature of the pending charges, when in the presence of minors.

DATED March 21, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE