# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Delacruz, Adrian Enovey | Docket No. | 0980 2:18CR00011-001 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Adrian Enovey Delacruz, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 24th day of January 2018 under the following conditions:

**Special Condition #8:** Defendant shall not frequent places where minor-aged children are present, such as malls, arcades, theaters, parks, etc.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On March 23, 2019, Adrian Enovey Delacruz violated the conditions of his supervision by entering in and remaining in the Columbia Center Mall from 7:03 p.m. until 7:58 p.m.

On January 25, 2018, a probation officer reviewed the release conditions with Mr. Delacruz.

During a daily review of the defendant's Location Monitoring activities, the probation officer observed that Mr. Delacruz entered into the Columbia Center Mall on March 23, 2019, at 7:03 p.m. and remained in the mall until 7:58 p.m. On March 24, 2019, the probation officer confronted Mr. Delacruz about entering the Columbia Center Mall. He stated that he didn't know that he could not go into the mall, but the officer reminded him of condition specifically prohibiting that location. The defendant stated that he had family members with him while he was in the mall.

On March 25, 2019, the probation officer spoke with the defendant's mother, Maria Mungia, and sister, Cynthia Mungia, individually. Each family member stated that while they were at the mall to look for clothing for the defendant's daughter, the defendant did not enter the children's clothing section of J.C. Penny's and remained outside the children's clothing store while they were shopping for children's clothing.

Mr. Delacruz states that he now clearly understands that he is prohibited from entering into any mall. There have been no previous violations detected by this officer. It is requested that no action be taken at this time to allow Mr. Delacruz the opportunity to demonstrate his willingness to further comply with conditions of release.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: March 26, 2019 |
| by | s/Curtis G. Hare |
| | Curtis G. Hare
U.S. Pretrial Services Officer |

PS-8
Re: Delacruz, Adrian Enovey
March 26, 2019
Page 2

THE COURT ORDERS

[ x ]   No Action
[   ]   The Issuance of a Warrant
[   ]   The Issuance of a Summons
[   ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[   ]   Defendant to appear before the Judge assigned to the case.
[   ]   Defendant to appear before the Magistrate Judge.
[   ]   Other

_____
Signature of Judicial Officer

3/27/2019
_____
Date