✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 17, 2019**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Delacruz, Adrian Enovey | Docket No. | 0980 2:18CR00011-001 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Adrian Enovey Delacruz, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 22nd day of January 2018 under the following conditions:

**Special Condition No.6:** Defendant shall have no contact with alleged victim(s) and/or witnesses of the offense.

**Special Condition No. 7:** Defendant may not be in the presence of minors, except Defendant's child, unless a responsible adult pre-approved by Probation/Pretrial Services Office, who is aware of these charges, is present at all times.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** On September 14, 2019, Adrian Enovey Delacruz had contact with a known witness, Joel Perez-Rodriguez.

On January 25, 2018, the release conditions were reviewed with Mr. Delacruz by a probation officer.

On September 15, 2019, the probation officer was reviewing Mr. Delacruz' GPS tracking and saw that the defendant was at a residence, 6011 Woodbine Dr., Pasco, WA, on September 14, 2019, from 5:44 p.m. to 7:19 p.m. The officer also noted that another federal defendant, Joel Perez-Rodriguez, who is also under a condition of GPS monitoring, was at the same location on September 14, 2019, from 4:38 p.m. to 7:16 p.m.

On September 16, 2019, this officer spoke with AUSA Alison Gregoire who confirmed that Joel Perez-Rodriguez is a witness in Mr. Delacruz' case and further stated that the defendant knows Mr. Perez is cooperating with the U.S. Attorney's Office.

On September 16, 2019, this officer spoke with Mr. Perez who stated that 6011 Woodbine Dr., Pasco, WA, is his brother's residence and that Mr. Delacruz is his brother's friend. He further stated that Mr. Delacruz' daughter was invited to his nephew's birthday party. He acknowledged that he and Mr. Delecruz spoke, but did not speak about the case.

On September 16, 2019, this officer spoke with Mr. Delacruz who confirmed that he had contact with Mr. Perez on September 14, 2019, at Mr. Perez' brother's residence. The defendant stated that he was not sure that Mr. Perez was a witness in the case.

**Violation No. 2:** On September 14, 2019, Adrian Enovey Delacruz was in the presence of minors, other than his own child, without the presence of a adult pre-approved by Probation/Pretrial Services Office.

On January 25, 2018, the release condition were reviewed with Mr. Delacruz by a probation officer.

On September 16, 2019, while the probation officer was investigating the information regarding violation no. 1, it was learned that Mr. Delacruz was at a residence, with his daughter, to attend the birthday party of a friend's son. On September 16, 2019, this officer asked the defendant if either his mother or sister, who are approved adults, was present at the birthday party. Mr. Delacruz stated that they were not, but that other adults were present. This officer and the defendant had previous

conversations regarding the requirement to have approved adults present when Mr. Delacruz was around children, other than his own child, when we were discussing previous court-approved travel to his brother's residence in Oregon.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: September 17, 2019 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

9/17/2019

Date